# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SEAN M. DONAHUE, | : | No. 62 MAP 2020 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 370 MD |
| | : | 2020 dated October 21, 2020. |
| v. | : | |
| | : | |
| | : | |
| LUZERNE COUNTY MANAGER DAVID | : | |
| PEDRI, LUZERNE COUNTY COUNCIL VIA | : | |
| COUNTY COUNCILMAN WALTER L. | : | |
| GRIFFITH, LUZERNE COUNTY BOARD | : | |
| OF ELECTIONS AND REGISTRATION | : | |
| CHAIRMAN JOSE ADAMES, LUZERNE | : | |
| COUNTY DIRECTOR OF ELECTIONS | : | |
| BUREAU SHELBY WATCHILLA, | : | |
| | : | |
| Appellees | : | |

## <u>ORDER</u>

**PER CURIAM**                                        **DECIDED:  April 29, 2021**

   **AND NOW,** this 29th day of April, 2021, the October 21, 2020 order of the Commonwealth Court is affirmed.